UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAROLD A. ADAMS, III,

        Plaintiff,

vs.                             Case No. 8:04-cv-2806-T-MSS

JOHN SKOLTE,

        Defendant.
_____/

### ORDER

**THIS CAUSE** comes on for consideration of *pro se* Defendant's letter dated September 22, 2005, in which Defendant asks the Court to "[p]lease order Plaintiff to have case heard in lower court (city, county, or state) so, the higher court (U.S. District Court) will have benefits of lower courts findings" (the "September 22 Letter").

Local Rule and 3.01(f) provides, in pertinent part, that all applications to the Court:

> requesting relief in any form...shall be made in writing...in accordance with this rule and in appropriate form pursuant to Rule 1.05; and unless invited or directed by the presiding judge, shall not be addressed or presented to the Court in the form of a letter or the like. All pleadings and papers to be filed shall be filed with the Clerk of the Court and not with the judge thereof, except as provided by Rule 103(c)of these Rules.

In sending the September 22 Letter to Chambers, Defendant failed to adhere to Local Rule 3.01(f). However, in light of Defendant's *pro se* status, the Court will

1

construe the September 22 Letter as a motion.

The Court finds no basis in law to, in effect, dismiss the case and direct that it be refiled in state court or to dismiss this case on jurisdictional or venue grounds. The matter is set for jury trial: the jury will make the appropriate "findings." As the Plaintiff alleges a cause of action that falls within this Court's subject matter jurisdiction under the Fair Housing Act of 1968, as amended, 42 U.S.C. § 3601 *et seq.*, it is properly before this Court. The trial scheduled to begin on October 3, 2005, before the Undersigned will go forward as scheduled. Accordingly, the motion is **DENIED**.

**DONE and ORDERED** in Tampa, Florida on this ____ day of September 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
*Pro se* Defendant

2