UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAROLD A. ADAMS, III,

           Plaintiff,

vs.                                        Case No. 8:04-cv-2806-T-MSS

JOHN SKOLTE,

           Defendant.
_____/

## ORDER

This cause came before the Court upon Plaintiff's Motion for Attorney's Fees (Dkt. 60) and Defendant's post-judgment filing of a Motion to Disqualify Judge (the "Motion to Disqualify") (Dkt. 61). The Undersigned presided over the trial of this matter on October 3, 2005, during which a jury returned a verdict in favor of Plaintiff. Defendant filed the Motion to Disqualify after the completion of the trial. After filing the Motion to Disqualify, Defendant retained counsel to represent him in his appeal of this case to the Eleventh Circuit. Defendant's counsel filed a Notice of Appearance and Notice of Appeal on November 3, 2005 (Dkts. 62 and 63).

Based on Defendant's retention of counsel and appeal, it is **ORDERED** that:

1.    Defendant's Motion to Disqualify (Dkt. 61) is **DENIED**.

2.    Plaintiff's Motion for Attorney's Fees (Dkts. 62) is **DENIED WITHOUT PREJUDICE** pending the outcome of the appeal.

**DONE and ORDERED** in Tampa, Florida on this 9th day of November 2005.

                                                MARY S. SCRIVEN
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:    Counsel of Record