UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HAROLD A. ADAMS, III,**

        **Plaintiff,**

vs.                                                       Case No.: 8:04-cv-2806-T-MSS

**JOHN SKOLTE,**

        **Defendant.**

_____/

## ORDER

      **This cause** came before the Court upon Plaintiff's Amended Application for Attorney Fees Under the Federal Fair Housing Act (the "Application")(Dkt. 76). As the prevailing party in a jury trial presided over by the Undersigned, Plaintiff's counsel seeks attorney fees in the amount of $19,410.40 and costs in the amount of $1,129.41, for a total of $20,539.81 (Dkt. 76 at 1). Defendant, proceeding *pro se*, failed to file a timely response. The Undersigned issued an Order (Dkt. 77) asking Defendant to show cause why Plaintiff's Application should not be granted. Defendant responded by sending an undated letter directly to Chambers that was unresponsive to the issues raised in the Application.

      After a review of the Application, the Undersigned finds that $19,410.40 in attorney fees requested, calculated at $152.00 per hour for 127.70 hours, are reasonable and were necessary for this litigation. The Application also contains a chart listing the costs of litigation for which Plaintiff seeks reimbursement, including a request for $481.25 for mediation fees (Dkt. 76 at 14). Under 42 U.S.C § 3613(c), the Court may award reasonable costs and 28 U.S.C. § 1920 sets forth those costs that can be taxed. Plaintiff's counsel claims, without offering any additional support, that "[t]he costs requested by

Plaintiff fall into one of the categories listed above, or are directly related to the maintenance of the litigation" (Dkt. 76 at 9).

Mediation fees are not expenses enumerated within 28 U.S.C. § 1920 and Plaintiff has cited no legal authority to warrant taxing Defendant with the cost of mediation. See George v. GTE Directories Corp., 114 F. Supp. 2d 1281, 1300 (M.D.Fla. 2000) (refusing to tax mediation costs when prevailing party cited no legal authority to justify such an expense). Thus, Plaintiff's request that the mediation fee of $481.00 be taxed to Defendant is **DENIED**.  Plaintiff's cost request of $1,129.41 shall be reduced to $648.16.

In accordance with the above, Plaintiff's Application (Dkt. 76) is **GRANTED in PART and DENIED in PART**. Defendant is **ORDERED** to pay Gulfcoast Legal Services, Inc., within ninety (90) days from the date of this Order, attorney fees in the amount of $19,410.40 and costs in the amount of $648.16. The **CLERK** is directed to enter judgment in favor of Plaintiff in the total amount of $20,058.56 and to **CLOSE** this case.

**DONE** and **ORDERED** on this 24th day of May 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:   Counsel of Record
             Mr. John Skolte